# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CHRISTOPHER PETERMANN**                                                  **PLAINTIFF**

**V.**                                              **NO. 3:16-CV-00015-DMB-SAA**

**UNITED RECOVERY SYSTEMS, LP**                                      **DEFENDANT**

## ORDER DISMISSING CASE
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. *See* Doc. #4. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly**,** it is **ORDERED** that this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 1st day of February, 2016.

                                                               **/s/ Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**